UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL
f/k/a JOHN L. BURTON,

    Petitioner,

v.                                         Case No. 3:14cv331/MCR/CJK

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 25, 2014. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

    Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this Order.

    2. Petitioner's request that this case be certified and maintained as a class action is DENIED.

    3. Petitioner's request for appointment of counsel is DENIED WITHOUT PREJUDICE.

    4. This matter is remanded to the magistrate judge for further proceedings, including the filing of an amended petition which complies with the Local Rules of this Court

and which eliminates references to class representation, including allegations concerning civil detainees other than petitioner Jamaal Ali Bilal.

**DONE AND ORDERED** this 22nd day of September, 2014.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**