**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JAMAAL ALI BILAL
f/k/a JOHN L. BURTON,

      Petitioner,

v.                                                                    Case No.  3:14cv331/MCR/CJK

MIKE CARROLL,

      Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 6, 2015.  (Doc. 46).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's Report and Recommendation (doc. 46) is adopted and incorporated by reference in this order.

2.  Respondent's motion to dismiss (doc. 34) is GRANTED.

3.  This habeas corpus proceeding is DISMISSED.

4.  The clerk is directed to close the file.

5.  A certificate of appealability is DENIED.

**DONE AND ORDERED** this 9th day of June, 2015.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**